

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 14-CR044
        [18 U.S.C. §§ 1951 and 924(c)]

JOSHUA MUELLER,

        Defendant.

---

## INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. At all times material to this Indictment, Mother's Foods, located at 2879 North 16th Street, Milwaukee, Wisconsin, was engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about January 28, 2014, in the State and Eastern District of Wisconsin, and elsewhere,

**JOSHUA MUELLER**

did unlawfully obstruct, delay, and affect commerce by robbery, and conspired to do so, in that the defendant did unlawfully take and obtain U.S. Currency from and in the presence of an employee of Mother's Foods against his will by means of actual and threatened force, violence, and fear of injury to his person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 28, 2014, in the State and Eastern District of Wisconsin,

**JOSHUA MUELLER**

did unlawfully and knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

TRUE BILL:

FOREPERSON
Dated: 25 Feb 2014

JAMES L. SANTELLE
United States Attorney